IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** on behalf of himself and others similarly situated, ) | CASE NO. 5:18-cv-2714 |
| ) | |
| ) | JUDGE JOHN R. ADAMS |
| Plaintiff, ) | |
| ) | **JOINT MOTION FOR FINAL** |
| v. ) | **APPROVAL OF OHIO RULE 23 CLASS** |
| ) | **ACTION SETTLEMENT** |
| **METEOR SEALING SYSTEMS LLC**, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Matthew Riley ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of himself and the Class Members and Defendant Meteor Sealing Systems LLC ("Defendant") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Ohio Settlement portion of this class action pursuant to Fed. R. Civ. P. 23(e), and entry of a final judgment. A proposed Final Order and Judgment is attached as **Exhibit 1**.

The list of Class Members and Payments was attached as Exhibit A to the parties' September 6, 2019, Joint Motion for FLSA Settlement Approval and for Preliminary Approval of Class Action Settlement.[1] On September 11, 2019, the Court granted the Joint Motion.[2] Based on that Order, the notice process has been completed.[3] The Fairness Hearing is scheduled for January 23, 2020.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standard Act and the Ohio Minimum Fair Wage Standards Act, O.R.C. § 4111.03. Points and authorities supporting approval of the settlement were submitted by the Parties in their

---

[1] ECF Nos. 33 and 35.
[2] ECF No. 34.
[3] *See* Declaration of Defendant Meteor, attached as **Exhibit 2**, pending supplemental filing.

September 6th Joint Motion. Notices were sent out on October 2, 2019 to the Class Members, and the Notice Period closed on November 16, 2019.[4]

The Court-approved Notice gave Class Members forty-five (45) days in which to request exclusion from the settlement or to object to the Settlement. Ten mailed notices were returned as undeliverable, two individuals excluded themselves, and no Class Member objected to the Settlement.[5]

As explained in the Parties' September 6th Joint Motion, the payments to the Representative Plaintiff and Class Members represent a substantial percentage of their claimed damages.[6] The allocations to the Representative Plaintiff and the Class Members were based on each person's overtime calculations as outlined in the Joint Motion.[7]

Additionally, because there were no objections, and to conserve judicial resources and relieve the Parties of further expense, the Parties ask that the Court vacate the January 23, 2020 Fairness Hearing and grant final approval without hearing.

## **CONCLUSION**

For the reasons addressed herein and in the Preliminary Approval Motion, the Parties respectfully ask the Court to approve the Ohio Rule 23 Class Settlement and enter the proposed Final Order and Judgment and to direct the Clerk of the Court to enter the Order Approving Settlement attached as **Exhibit 1**. Further, because there were no objections, the Parties ask that the Court vacate the January 23, 2020 Fairness Hearing and grant final approval without hearing.

---

[4] *Id*.
[5] *Id.*.
[6] *See* ECF Nos. 33 at 9-11, and 35.
[7] ECF Nos. 33 at 6.

Respectfully submitted,
**NILGES DRAHER LLC**

*/s/ Robi J. Baishnab*
Robi J. Baishnab (0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Phone: (614) 824-5770
Fax: (330) 754-1430
rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Phone: (330) 470-4428
Fax: (330) 754-1430
hnilges@ohlaborlaw.com
sdraher@ohlaborlaw.com

**MILLER CANFIELD**

*/s/ Richard W. Warren*
Richard W. Warren (P63123)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
shahid@millercanfield.com
warren@millercanfield.com
pask@millercanfield.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Robi J. Baishnab*
Robi J. Baishnab

*Counsel for Plaintiff*

3